**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-6254**

─────────────

In re:  INJUNCTION ORDER AS TO MICHAEL S. OWLFEATHER-GORBEY,

            Appellant.

─────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Frank W. Volk, District Judge.  (5:22-mc-00019)

─────────────

Submitted:  July 21, 2023                          Decided:  August 8, 2023

─────────────

Before KING, AGEE, and RICHARDSON, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Michael S. Owlfeather-Gorbey, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael S. Owlfeather-Gorbey appeals the district court's order accepting the recommendation of the magistrate judge in part and imposing a pre-filing injunction, which was entered in *Owlfeather-Gorbey v. Warden*, No. 5:21-cv-00367 (S.D.W. Va. Feb. 4, 2022), and refiled in this miscellaneous case pursuant to the terms of the order. Owlfeather-Gorbey previously appealed the order in *Owlfeather-Gorbey v. Warden*, and we affirmed the order. *See Owlfeather-Gorbey v. Warden*, Nos. 22-6169, 22-6170, 2023 WL 4557477 (4th Cir. July 17, 2023). Owlfeather-Gorbey is not entitled to a second appeal of the same order. *See United States v. Arlt*, 567 F.2d 1295, 1297 (5th Cir. 1978). Moreover, having considered his arguments in this appeal, we remain convinced of the correctness of our prior decision. *See Fusaro v. Howard*, 19 F.4th 357, 367-68 (4th Cir. 2021). Accordingly, we affirm the district court's order. *See In re Injunction Order as to Michael S. Owlfeather-Gorbey*, No. 5:22-mc-00019 (S.D.W. Va. Feb. 4, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2